UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS DANNY SOTO,<br><br>                          Plaintiff,<br><br>    -against-<br><br>NEW YORK STATE POLICE (NYSP); CITY OF NEW YORK POLICE DEPARTMENT (NYPD),<br><br>                          Defendants. | 25 CIVIL 1775 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the April 7, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 9, 2025
            New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge